Case 5:22-cr-00266-BLF   Document 37   Filed 09/20/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America <br> v. <br> Gabriel Penuelas-Garcia <br><br> Date of Original Judgment: 1/25/2023 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Case No: 5:22-cr-00266-BLF-1 <br> ) USM No: 24163-408 <br> ) <br> ) Gabriel Penuelas-Garica (Pro Se) <br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   1/25/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  9/4/2024

*Judge's signature*

Effective Date:  9/20/2024
*(if different from order date)*

Beth Labson Freeman, United States District Judge
*Printed name and title*